# Certificate of Service

I, Alejandro Montoya, hereby certify that I have served a true and correct copy of the following document(s):

Defendant's Traverse to Government's Opposition
to Defendant's Motion to Vacate, Set Aside, or
Correct Sentence Under 28 U.S.C. § 2255

Which is deemed filed at the time it was delivered to prison authorities for forwarding, - *HOUSTON vs. LACK, 487 U.S. 266, 101 L.Ed.2d 245 (1988)* - to the United States, and his/her attorney of record, by placing the above mentioned document(s) in a sealed, postage prepaid envelope addressed to:

The United States Attorney's Office
600 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415

and deposited same in the United States Postal Mail, at the United States Federal Correctional Institution, located at Lompoc, California, on this 11 day of November 2004

I declare under penalty of perjury that the foregoing is true and correct *(28 U.S.C. § 1746)*.

Executed on November 11, 2004

Alejandro Montoya
*(signature)*
Name: Alejandro Montoya
Reg. No.: 09850-041
Federal Correctional Institution
3600 Guard Road
Lompoc, CA. 93436