Alejandro Montoya
Fed. Reg. No. 09850-041
Federal Correctional Institution
3600 Guard Road
Lompoc, California 93436

RECEIVED
BY MAIL
FEB 07 2005
CLERK US DIST COURT
MINNEAPOLIS MN

In Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Alejandro Montoya,<br><br>Defendant. | Case No. 04-CV-3902<br>01-CR-115<br><br>NOTICE OF APPEAL & Certificate of Appealibility |

Notice is hereby given that Alejandro Montoya, the Defendant in the above entitled case, hereby appeal to the United States Court of Appeals for the Eight Circuit, from the denail of his Motion under 28 U.S.C. § 2255 issued on January 11, 2005. The Defendant moves this Court for a Certificate of Appealability on all issues raised in the District Court.

Dated this 1 day of February, 2005.

Alejandro Montoya
Alejandro Montoya

SCANNED
FEB 07 2005
U.S. DISTRICT COURT MPLS