RECEIVED
BY MAIL
FEB 07 2005
CLERK US DIST COURT
MINNEAPOLIS MN

01 cr 115

## CERTIFICATE OF SERVICE

I, Alejandro Montoya, hereby certify that I have served a true and correct copy of the following document(s):

Notice of Appeal

which is deemed filed at the time it was delivered to the prison authorities for forwarding, SEE HOUSTON vs. LACK, 487 U.S. 266, 101 L.Ed.2d 245 (1988), to the Plaintiff, and his/her attorney of record, by placing the above mentioned document(s) in a sealed, prepaid postage envelope addressed to:

United States Attorney's Office
300 South Fourth Street
Minneapolis, MN 55415

and deposited the same in the United States Postal Mail, at the United States Federal Correctional Institution, located at Lompoc, California, on this 1 day of February, 2005.

I declare under penalty of perjury that the foregoing is true and correct, (28 U.S.C. § 1746).

Executed on this 1 day of February, 2005.

Alejandro Montoya
Name: Alejandro Montoya
Registration No: 09850-041
Federal Correctional Institution
3600 Guard Road
Lompoc, California 93436-2705

SCANNED
FEB 07 2005
U.S. DISTRICT COURT MPLS